**Sue NCH Corporation And Its Promotors, 15 U.S. CODE §22**

**(Additional U.S. Code Included To Prove Merits To Sue)**

**Index:**

| Title | Page Number |
|---|---|
| Forms | 2 - 4 |
| Introduction | 5 - 7 |
| Case Merits In Points | 8 - 24 |
| Exhibits | 25 - 38 |

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | |

| (b) County of Residence of First Listed Plaintiff    India | County of Residence of First Listed Defendant    United States of America |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Pro-se filing, N.A. Mahalakshmi Srinivasan. Mobile: 00919769605533 | Not Known |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability    ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &    Pharmaceutical    Slander    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability    ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans    ☐ 340 Marine    Injury Product | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans)    ☐ 345 Marine Product | | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 153 Recovery of Overpayment    Liability    **PERSONAL PROPERTY** | | | | ☐ 485 Telephone Consumer Protection Act |
| of Veteran's Benefits    ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits    ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract    Product Liability    ☐ 380 Other Personal | | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability    ☐ 360 Other Personal    Property Damage | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise    Injury    ☐ 385 Property Damage | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 362 Personal Injury -    Product Liability | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| Medical Malpractice | | ☐ 791 Employee Retirement Income Security Act | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation    ☐ 440 Other Civil Rights    **Habeas Corpus:** | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure    ☐ 441 Voting    ☐ 463 Alien Detainee | | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment    ☐ 442 Employment    ☐ 510 Motions to Vacate | | | | |
| ☐ 240 Torts to Land    ☐ 443 Housing/    Sentence | | | | |
| ☐ 245 Tort Product Liability    Accommodations    ☐ 530 General | | | | |
| ☐ 290 All Other Real Property    ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | | **IMMIGRATION** | | |
| Employment    **Other:** | | ☐ 462 Naturalization Application | | |
| ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | | ☐ 465 Other Immigration | | |
| Other    ☐ 550 Civil Rights | | Actions | | |
| ☐ 448 Education    ☐ 555 Prison Condition | | | | |
| ☐ 560 Civil Detainee - | | | | |
| Conditions of | | | | |
| Confinement | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S. CODE §22 AND OTHER CODES THAT PROVE THE MERITS.
Brief description of cause:
Sue NCH Corporation

| VII. REQUESTED IN COMPLAINT: | ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:   ☐ Yes   ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 07-09-2024 | Mahalakshmi Srinivasan Nadathur Ammal (Pro Se Filing) |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**


Mahalakshmi Srinivasan Nadathur Ammal
Plaintiff

v.

Civil Action No. _____

NCH Corporation And Its Promotors
Defendant

**COMPLAINT**

Sue NCH Corporation And Its Promotors

\* Attach additional pages as needed.


| | |
|---|---|
| Date | 07-09-2024 |
| Signature | Mahalakshmi Srinivasan Nadathur Ammal (Text Signature) |
| Print Name | N.A. Mahalakshmi Srinivasan |
| Address | 1602, Buttercup, Hiranandani Meadows, Glady Alwares Road, Manpada, Thane West |
| City, State, Zip | Manpada, 400610 |
| Telephone | 00919769605533 |

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

**Instructions to a Non-Prisoner *Pro Se* Plaintiff**

Your suit _____ was filed on _____ and has been assigned case number _____.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1.  **Filing Procedures** - The Local Civil Rules include the following requirements:

    •   After you have filed your complaint, unless you are excused for cause or the presiding judge directs otherwise, you must:

        ‣   register as an Electronic Case Files (ECF) user within 14 days (you may register online via our website at www.txnd.uscourts.gov), and

        ‣   file any pleading, motion, or other paper electronically.  (Electronic filing is not permitted in a case assigned to the docket of U.S. District Judge John H. McBryde.)

    •   You must submit a judge's copy (a paper copy) of any document you file, even if you filed the original electronically.

        ‣   If you electronically file a document, follow the procedures set forth in the ECF Administrative Procedures Manual to provide the judge with the judge's copy.

        ‣   If you file a document on paper and want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope.  The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

    •   You must type or legibly handwrite your documents on one side of numbered pages.  Any exhibit or discovery material attached to the filing must be referred to in the filing.  Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2.  **Address Change** - You must notify the Court if your address changes, or your case may be dismissed.  If you are an ECF user, follow the procedures in the ECF Administrative Procedures Manual to update your address.  If you are not an ECF user, promptly file a written change of address notice in your case.

3.  **Rules to Follow** - You must read and follow the Federal Rules of Civil Procedure (FRCP), this court's Local Civil Rules, and the orders entered by a judge in your case.

4.  **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you.  If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case.  Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment.  You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5.  **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6.  **Copies to Defendant** - After a defendant has been served your complaint in compliance with FRCP 4, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is *pro se*) as required by FRCP 5. If you and the opposing side are both ECF users, the ECF system will complete service for you, and a Certificate of Service is not required. If either of you is not an ECF user, or if you learn that service sent through ECF did not reach the person, you must serve the document by other means and include a Certificate of Service or file one within a reasonable time after service. Sample language for a Certificate of Service is:

    •   On (Date) I filed (the "foregoing document" or Document Name) with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

        _____
        Signature

7.  **Discovery Materials** - Do not file discovery materials with the clerk.  If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8.  **Questions About Your Case** - The court's website at www.txnd.uscourts.gov provides valuable information.  Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings.  Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

**Introduction:**

The U.S. codes considered other than 15 U.S. CODE §22  to sue NCH Corporation are:

**The codes considered other than 15 U.S. CODE §22 are:**

- 18 U.S. Code §241
- 35 U.S. Code § 271
- 17 U.S.C. § 504(c)
- 35 U.S. Code § 281
- 35 U.S. Code §283
- pre-AIA 35 U.S.C. 103
- TRIPS Agreement - Article 45

- **15 U.S.C §22 - District in which to sue corporation:** "Any suit, action, or proceeding under the antitrust laws against a cooperation may be brought not only in the judicial district where of it is an inhabitant, but also in any district wherein it may be found or transacts business; and all process in such cases may be served in the district of which it is an inhabitant, or where ever it may be found."
   - Antitrust laws are regulations that encourage competition by limiting the market power of any particular firm.
   - NCH Corporation not just had the specification which was written as if an Indian had written (but no Indian name mentioned), there has been hacking, tracking since 2011 and every attempt to ensure I grow in no field and they continue to live on my billions of USD. In this case, I will prove I'm more able than NCH Corporation and its promotors and that my net worth should have been more than them, a billionaire before 35 years of age, married and settled well.
   - The per ml cost of each of the many compositions in combinations with methods and systems could have led to high profit margins with simple , low cost manufacturing processes.

- Patent specification in India (filed in 2011, granted in 2019 after NCH Corporation specification got granted in 2018) which was infringed: 335059,
- Copyright filing: 19-10-2011, but data continuously taken stating more filing to be done,
- Patent filing: 31-10-2011,

5

- The patent specification of NCH Corporation, Patent Number: US 9,908,799 B2, (Filed on May 22, 2015, Provisional application: 62/002,476 filed on 22 May 2014, Date of Patent: 6 March, 2018) is shown to be work done in Texas,
- Few pages of the copyrighted document pertaining to infringement provided as an exhibit which itself proves so many industries,
- Patent rights case highlighting the infringement merits, case number 3:23-cv-00416,

Multiple technologies catering to multiple industries and highly eco-friendly were developed in 2011 and soft launched with my earned money. No one other than I have the right to own them till date and I have lost 13 years with everyone sitting with my money to the tune of billions, millions, crores of USD. **All the compositions (minimum 153 compositions) and methods (2 core methods) were infringed by NCH Corporation**, the patent specification was filed in USA to benefit from USPTO laws of claiming multiple bacteria and hence compositions, despite having NCH India Private Ltd. and inventions being mine developed in India and soft launched. They wrote the specification as if an Indian had written, their past history not good in USA and have past history of impersonation, extensive lobbying by misleading, personal damages repeatedly done, I had refused to sell my technologies and roping in companies for invalid contracts when they have been into patenting since 1980,  attorney not even willing to file IPR and I had ensured that the work is completed,   if I was told about certain loans earlier with regard to my father's company, could have licensed one of the compositions and methods, taking information even after complete specification filed, incorrect suggestion of one patent and multiple copyrights when it was multiple patents, hearing of case after NCH Corporation got its patent specification granted. My worth of time is a lot and NCH Corporation, Levy family have to address every second of loss that I have faced. I am more able than NCH Corporation and Levy family as explained in this case document. I could establish contact with some of the biggest names in the industry. I had business model for revenue generation of 50 crores INR annually with just one small farm despite the one time expenses to begin with the project. These are billions of USD products and a case of bulk infringement. I would have generated more revenues than NCH Corporation and Levy family and my product lines in other domains only prove the extent of net worth I was denied because NCH Corporation wilfully bulk infringed and monetised.

From NCH Corporation website: " NCH is a worldwide market leader in cleaning, washing and degreasing of parts, in spill management solutions, in specialty chemical supplies and in hazardous waste management for industrial, manufacturing and automotive professionals." **But they left bioremediation of crude oil spills in India (for namesake though the same was also**

6

**infringed) and chose Aquaculture domain.** The Biologicals category mentioned at their website is infringed that made a company founded in 1919, never a billionaire to become a billionaire.

I have lost 13 years because I had invented on my own from ideation to soft launch with my earned money, numerous technologies, with high efficacy, low cost manufacturing, huge profit margins. Everyone exploited me to the core, I have no bank balance despite all the work done with others thriving on my net worth in billions and millions of USD. NCH Corporation is responsible for this day. Specification written as if an Indian had written with technical errors when product worked well, showing the world as if I'm working for them and work not done completely when I knew about infringement only in 2019.

While my financial situation has not improved with repeated hacking, deletions of contents that my progress has slowed (not that I will give up), I will arrange court fees but request some time for the same. I wanted to file after earning but there is constant deletion in my system, few evidences provided as exhibits and hence filing first and then will arrange the court fees.

**Case Merits In Points:**

The list of exhibits have been provided at the end of the document. For certain points, the contents have been put up in the case description itself. The merits of the case have been explained with the following points:

- Numerous composition(s) prepared in combinations of 18 bacterial isolates, each with numerous variations in proportions towards customisations, (bacteria work even when used individually in composition preparations), 2 core method(s) that could with minor changes based on growth curve patterns further optimise the efficacies, catering to numerous industries (soil, water, aquaculture, bioremediation for crude oil spills, bioremediation of soil, bioremediation of water, aquatic life forms, aquatic plants, mangroves, animals and can be extended to various industries), numerous benefits in each industry like a one stop solution, each industry a billion dollar industry, low cost manufacturing which could be carried out with utmost basic microbiology lab facilities and high profit margins; all were infringed and monetised by NCH Corporation since 2011. These were soft launched by me in 2011, received positive feedback.

- For example: If we consider combinations of the bacterial isolates, **a minimum of 153 compositions could be prepared**. Each of these combinations could be further fine tuned in their proportions for improvising the efficacies and customisations.
- Indian patent laws requires that the bacteria in specification is given a Budapest deposit number.

- The patent specification of NCH Corporation, Patent Number: US 9,908,799 B2, (Filed on May 22, 2015, Provisional application: 62/002,476 filed on 22 May 2014, Date of Patent: 6 March, 2018) is shown to be work done in Texas, where NCH Corporation is headquartered, with the **aim to leverage USPTO patenting laws wherein all the compositions and methods can be claimed**. **All compositions and methods were infringed.** Also, numerous industries were covered. Hence, despite having NCH India Pvt. Ltd. in Chennai, India whose Director is Mr. Walter Levy and also Co-President/CEO of NCH Corporation; the patent was not filed in India where the bacteria specific information needs to be provided when used in a composition and Budapest Deposit number needs to be given to what bacteria is being claimed. Hence, Levy family who are promotors of NCH Corporation, company founded in 1919, around 675 patent search results in PatentGuru with Assignee being NCH Corporation, into patenting since around 1980's, who were never a billionaire, showed the work to be done in USA and leveraged USPTO laws to infringe massive range of products.

- The company NCH Corporation website (https://www.nch.com) mentions: "National Disinfectant Company, the original incarnation of NCH Corporation, was founded in Dallas, Texas, by Milton P. Levy in 1919".

- No one other than NCH Corporation, its Promotors, Attorney Prity Khastgir and I were aware of this fact of bulk products / compositions, its variations and methods. Hence, it was essential that I never know about the infringement. They wrote the specification as if an Indian had written with technical errors and I was misguided on filing patents after all the infringement had happened and the world thought I did not do the work well, had sold my products to them and as if I was working for them when I got to know about infringement on my own only in 2019. This destroyed all the scope for commercialisation from my side. The owner of the biggest names in Aquaculture industry, based in Singapore wrote to me stating would like to understand the mechanism, won't sign NDA but can send them the products.

- NCH Corporation became a billionaire using my products: Contents from Wikipedia:

- **Since 2013, revenue has consistently exceeded $1 billion".(Wikipedia)**

- These products were NOT line of business of NCH Corporation and they saw the worth, infringed and monetised,

   From Wikipedia: "NCH Corporation is an international marketer of maintenance products. It is one of the largest companies in the world to sell such products through direct marketing channels. NCH has several wholly owned subsidiaries, some of them in the maintenance products business.

   The Chemical Specialties Division include National Chemsearch and Certified Laboratories. Their products include industrial drain and waste biologicals, oils and lubricants, and industrial maintenance chemicals. Chemical Specialties also includes X-Chem / Terra Services, an oil field chemical products and services division; Pure Solve, a parts washing service business; and Chem-Aqua, a water treatment service business.

   The Partsmaster group sell parts for maintenance and repair, including welding supplies and fasteners. The Plumbing Products Group provides plumbing supplies for the retail consumer and the OEM market. The Retail Products Group markets pet supplies.NCH has over 8,500 employees. Its branch offices and manufacturing plants are located on six continents, and its products are sold in over 50 different countries.

- Prospects For Impersonation: Tendencies to impersonate needs to be confirmed. We have:
  - Ranger Holding LLC, Levi, UT 84043
  - Ranger (Holdings) Ltd., UK 08036150
  - Ranger Holdings LLC, Texas 0801308485
  - Ranger Global Holdings (Website mentions Concentrated Global Equity and "Ranger Global Holdings LLC is named after the Continental Navy's sloop-of-war, U.S.S. Ranger which was commanded by Admiral John Paul Jones, a naval hero of the American Revolutionary War. Admiral Jones used unconventional strategy and tactics to defeat a formidable opponent").
  - **I have noted:**
    - Ranger Holding LLC Agreement Document wherein the members are the Levy family.
    - At Securities And Exchange Commission, Washington, D.C. 20549, with the Issuer being NCH Corporation, the Offeror is Ranger Holding LLC orther than Levy family members mentioned to be offeror.

- ○ Did the Levy family try to impersonate the above companies and show as if one of them has bought shares when it was them only buying the shares; in the name of Ranger Holding LLC and on their own name as well?

- NCH Corporation past history in USA has not been good. Few of them mentioned below:
  - "Parents Sue Texas Firms That Sold Pesticide Used In Cleaning Toothbrushes". By Chet Brokaw, 32, Oct. 1999 (https://www.yankton.net/news/article_b1c3e287-d8d1-5927-8eeb-5d59ae8f7d36.html).
    - ○ The representative told the centre that the pesticide could be used to sanitise the children's toothbrushes. Parents reported that 100 children suffered nosebleeds, fatigue, mouth blisters, joint pain and other symptoms.
  - NCH settled a lawsuit for $1.4 million in California. Salespeople in the El Segundo, California sales office had sued NCH due to its failure to reimburse them for covered business expenses (gasoline, cellphone usage, entertainment expenses).

- I am more able than NCH Corporation and its promotors and my net worth would have been far more than the net worth of NCH Corporation and Levy family. I had developed the above products with my earned money, from ideation to soft launch in just 4 months time including IPR filing. There was demand for the product, with positive feedback obtained. I reached this stage with my effort single handedly and my earned money.

- Soft launch of my above infringed products was completed at 31 years of age with my earned money (paid additional 1 lakh INR to my father company for having using names to procure chemicals and using in billing - my earned money was available before the project started) and I worked on the entire project starting from ideation, project planning, project implementation and soft launch, all on my own. I'm 43 years today and NCH Corporation has eaten away 13 years of my life.

- NCH Corporation has been into patenting since 1980, all IPR infringed and monetised were on my name.

- **Breach of data and fate of all inventions (the email communication below along with time)** were decided well before I was asked if I wish to sell my technologies and even before the beginning of patent drafting. It clearly proves that Attorney Prity Khastgir wanted to benefit the foreign company and no one else, not me, not this country with me generating

revenues, not any company other than benefitting NCH Corporation or whichever company would have finally bought the technologies.

- **28-07-2011, 12.26 am** - Attorney Prity Khastgir had emailed stating she has emailed sample drafts filed by them and asked me to provide with flow charts and flow diagrams for my software.
    - The fate of my inventions were sealed when she sent me the above email which proves that she was not interested in getting any IPR done for my products and they are going to be infringed. She had presentation of lab experimentations and she knew the main focus was not software.
    - In this process, she removed "Systems Biology" from the title of the patent specification and totally broke the inventions, guided to file one patent and multiple copyrights when it should have been multiple patent specifications.
    - The breach happened first, for formality she asked me if I want to sell after a year (I had refused) nearly maybe and then companies roped in for invalid contracts, this shows the worth of my technologies.
    - Its evident that she did not want to benefit me with IPR rights or any company and the fate of inventions were sealed for infringement at the very onset.
- 03-11-2011, 9.47 pm - Attorney Prity Khastgir replied stating that there shall not be any further receipts for copyright. Once the process is completed, registration certificate shall be provided. **Attorney Prity Khastgir had written that patent office sends receipt within 2-3 months of filing, but since that use general post to send it, and as per our previous experiences, it generally gets lost midway and hence if the hard copy reaches them then she shall forward the same to me promptly.**

- The entire project data reached attorney Prity Khastgir before 29-08-2011, 3.27 pm and it was breach done to favour NCH Corporation at the very onset. I could have not parted ways with her due to this, despite her asking additional DVD stating that Copyright office had destroyed the DVD. There were multiple couriers and one of them with DVD reaching her on 02-10-2011.
    - 29-08-2011, 3.27 pm - I had written to attorney Prity Khastgir that I had couriered the documents requested to be signed and had sent across to Tech Corp Legal with Advocate Rahul Dev and her name. Further, I had stated that along with the documents, I had sent across the 2 bound documents; one of the presentation done and another comprising of al supporting documents. I had indicated that there are 2 CDs as well, one of the ESEM studies and another DVD of 896 snapshots which had been taken related to the project. I

had asked her if she had received the documents and if she wanted me to elaborate over email the contents of the items couriered to know.

- ○ 01-10-2011, 10.02 pm - I had written to attorney Prity Khastgir that I had forgotten to mention this in previous email and had asked her to let me know once the courier of DVD - copies (if they were working fine) and the fish related studies document reached her. I had stated that the same has been sent by Fasttrack

- ○ 02-10-2011, 3.14 am - Attorney Privy Khastgir had stated that she had received the courier.

- ○ Copyright filing: 19-10-2011. There were repeated documentation requests for copyright fillings done and at intervals and not in one go, thus delaying the priority dates.

  - ○ 29-07-2013 -  For the numerous clarifications I had asked for the DVD, CD, attorney Prity Khastgir reverted stating that I was aware it was a deadline case and they have already sent the DVD for filing on this day.

  - ○ I didn't know at that point of time, that nothing much can be done after complete specification filings are done, she continued to take data in the pretext of copyright filings. Further, it is evident that one year time with provisional filing for such a huge invention would have been what an attorney would have suggested but the aim here was infringement, the fate was already decided when I wrote to attorney Prity Khastgir to explain patent, copyright and best way forward. I had acted on trust and my 13 years of life engulfed. I'm going to present the numerous communications from Attorney Prity Khastgir that could get to hundreds of pages that shall prove merits in all the claims made.

  - ○ Patent filing: 31-10-2011 (No provisional filing was done despite being aware that it was invention catering to numerous industries but provisional specification was filed for NCH Corporation, She had mentioned filing could be done in 2 weeks time but there was no cooperation, content removal, broke the inventions and misguided for filing of one patent and multiple copyrights, with repeated copyright filing to delay priority date instead of multiple patent filings).

- • Designations while they dealt with my invention were the following: Attorney

        Prity Khastgir, MSc, LLB

        Advocate (Delhi High Court & Supreme Court)

        Regd. Patent &Trademark Attorney PARTNER

        Tech Corp LegalsM LLP www.techcorplegal.com

        Attorney R a h u l Dev: Rahul Dev, MSc, MBA, LLB www.advocaterahuldev.com/

Advocate (Delhi High Court & Supreme Court of India)

Regd. Patent & Trademark Attorney PARTNER

Tech Corp LegalSM LLP Memberships:

Delhi High Court Bar Association (DHCBA) International Bar Association (IBA)

American Intellectual Property Law Association (AIPLA)

The Law Association for the Asia and the Pacific (LAWASIA)

- Attorney Prity Khastgir never filed provisional for my work in 2011 and complete specification filed after 2 months of data reaching her and she had requested for early publication. At that point of time, I had no knowledge about patents and copyrights and acted totally on trust.

- Attorney Prity Khastgir misguided me stating one patent and multiple copyrights and the multiple copyrights were used for repeated filings to delay the priority dates, the inventions broken into patents and copyrights. Her first communication indicates that she did not even want to file the IPR; all information with her and she wanted NCH Corporation to be benefitted. In reality, it should have been multiple patents in 2011 itself. She did not guide for Budapest deposits despite knowing there were 18 bacterial isolates.

- I had to continue to work with Attorney Prity Khastgir because all data reached her by courier on   . I had lost trust when she had asked additional DVD stating that Copyright office had destroyed the same and also she was constantly reducing the scope of the invention's specification. So, when she had asked if I wanted to sell my technologies, I had refused. She did not take any company name. I didn't want to continue the conversation with her and told let me ask my father but I didn't know this casual remark can be devastating.

- There were repeated thefts of my bacterial plates and suspensions from 2011 to 2018 / 2019. I had 18 bacterial isolates till around 2017.

- Attorney Prity Khastgir chased me to defend the hearing for patent filed in 2011 that came for hearing in 2019 after the patent specification of NCH Corporation was granted by USPTO in 2018. There is a reason for this but first I wasn't NCH Corporation to file their reply, for me to explain further in this regard. Attorney Prity Khastgir entered the patent office, Intellectual Property Facilitator at StartupIndia empaneled by Controller General of Patents Designs Intellectual Property Facilitator at StartupIndia empaneled by Controller General of Patents

Designs, Indian Patent Office, Intellectual Property (Ministry of Commerce & Industry, Govt. Of India).

- She took recommendations from me in Linkedin after thorough and wilful misguidance. I later removed the below recommendation when I learnt patenting and found not she may have not been in clear.

  ----- Forwarded Message from LinkedIn -----Forwarded from N.A. Mahalakshmi Srinivasan (https://www.linkedin.com/in/ACoAABhumo4BMBH-z5sLEng00u7cEbquFjjf2L8):

  Hi Prity,

  I wrote this recommendation of your work that you can include on your profile.

  Thanks,

  N.A. Mahalakshmi

  "Prity is my patent attorney. Despite based in different cities and never had opportunity to meet face to face, she guided me through the entire patent and copyright process effectively and was available round the clock to ensure that all the details were well addressed. It was my pleasure working with her."

- My patent specification had entered WIPO in the field of Aquaculture in 2016. I had to abandon the 2016 provisional specification because an important keyword was changed in the specification as found in the filed document which could change the entire meaning of the invention. I knew about infringements only in 2019 on my own when I was defending my patents.

- Attorney Prity Khastgir filed complete specification after 4 months of receipt of entire data by courier but NCH Corporation had a provisional filed and used it for the later filings of complete specifications.

- Attorney Prity Khastgir used multiple Email ID to communicate about the same invention but her office address and mobile number have remained the same for years together.



- Attorney Prity Khastgir told me twice over email that she is traveling abroad and nothing more. What is that she has been trying? She seems to be well aware of cyber crime based on certain data, did she travel to NCH Corporation, Texas?

- Attorney Prity Khastgir went on taking information from me despite the complete specification filed and nothing could have been added at that juncture to the specifications.

- I had found Attorney Prity Khastgir via her Linkedin profile.

- Attorney Prity Khastgir mentioned that she majorly deals with IPR pertaining to foreign clients and Attorney Rahul Dev deals with the Indian clients. However, she continued working with me for the entire patent IPR related work.

- Attorney Prity Khastgir emailed me a Google Drive link to a blank document in which the bacteria details had to be entered. This shows she was party to infringement at its best, did not want to inform me about Budapest deposits and favour NCH Corporation. My inventions, soft launch, positive feedback, IPR and product demand is in 2011.

- Prior art of onsite installation - instrumentation could have been one source for Attorney Prity Khastgir to find a company to facilitate infringement or she already would have known them or found via attorney of NCH Corporation is unclear. NCH Corporation will be able to answer better.

- Attorney Prity Khastgir took a Xerox copy of my passport while filing the patent specification in 2011. I got visa to travel to USA only towards end of 2019.

- General Attorney Russell L Price, for NCH Corporation has been found to be Director of NCH India Private. Ltd.   DIN number: 02605742 along with Mr. Walter Levy, DIN number: 02605683, who is also Co-President of NCH Corporation; both have been part of NCH Corporation, Texas and NCH India Private Ltd. for a very long time.

  - Rule 47 of the Advocate Act in India: An advocate shall not personally engage in any business but he may be a sleeping partner in a firm doing business provided that in the opinion of the appropriate State Bar Council. The nature of business is not inconsistent with the dignity of the profession.

  - Now, if General Attorney Russell L. Price of NCH Corporation claims not to have license to practice in India, even then being a director of NCH India Private Ltd., he would have been aware of the law of land and anyways laws anywhere in the world are with the main essence to render justice.

- Now, the patent specification about Crude oil bioremediation product was available in the Government of India patent portal since 2011. I was never eligible for any loans. If I would have been told that brother in trouble in 2011, then I would have given one of the bacteria (individual bacteria too work in composition preparation) with one of the method to be licensed for a year to clear the loans. However, NCH Corporation had a key role in misguiding, playing victim card and every attempt to influence Government of India with their narrative to become a billionaire and harm me and the family. It was critical that I never grow because they did not want me to commercialise and aware that I do not have data about infringement, they wanted to happen this way due to bulk infringement. They wrote the specification as if an Indian had written with technical errors and the world thought it was just one product with variations and I did not do the job well which was absolutely baseless. Lawyers have a key role in agreements and with so much that had happened, there was no scope for commercialisation.

- If anyone else had to claim ownership they would have done much earlier. The fact remains that these patents are mine and will remain forever mine. I have lost 13 years  of personal and professional life because I had invented.

- I can isolate 1000's of such bacteria. I did so for a project in recent times and it is more than clear that I'm tracked. Coincidently, a lot of new patents were filed by NCH Corporation. With regard to any and every patent filed by benefitting from my products, tracking and hacking; the rights should be transferred to me.

- The exploitation by NCH Corporation denied me fundamental rights, lawyers roped in to believe that my family and I were wrong, we went through a lot personally and professionally as a consequence, who will buy products or license / collaborate when their lawyers will give negative feedback and specification written as if an Indian had written with technical errors but no Indian name in the application.

- Worth of my time: Covid research in 15 days time, how much I would have had if every individual gave me a rupee for this work? With regard to my inventions of 2011, the whole world is watching NCH Corporation monetise. The above inventions that were infringed in bulk by NCH Corporation were done by me from ideation to soft launch of products in 4 months time with my earned money, including IPR and additional 1 lakh INR paid to my father's company for having used names to procure chemicals or billings. My earned money was available BEFORE beginning of this project. I used to carry out hard core analysis, 15 microarray data analysis / day on an average for some of the leading organisations and institutions across the globe. I have developed software at no cost in the field of Bioinformatics and the same has received positive feedback from Bioinformatics Inc. in a global survey. I have developed the Educational Interconvertible Boards at less than 500$ and received positive feedback from ATPA (Asia Toy And Play Association). I carried out all the projects on my own - ideation, planning, procurement, infrastructure, implementation, soft launch, working with lawyer on IPR and recently learning the same and managing them. I have been the owner and the clerk and have completed the projects with meagre funds. Have been into patent drafting and defence.

- Losses From 2011 (Analysis with the help of CA shall be provided during the case hearing): Few representatives mentioned here, more concrete data of the extent of losses shall be computed and got for the hearing. It is way far more than net worth of NCH Corporation and Levy family.
  - Annual Revenues From Each Industry: I could establish contacts with some of the big names of the industry without any references.
    - Bioremediation: The global bioremediation market size was estimated at USD 12.38 billion in 2021 and is expected to reach USD 13.56 billion in 2022. My product was with high efficacy and was the case for each of the numerous benefits, low manufacturing costs, high profit margins.
    - Aquaculture: The global aquaculture market was valued at 311.1 billion USD in 2023. My product was a one stop solution and with numerous benefits and each benefit with high efficacies levels.

- ○ Soil: Improving soil quality. The global manufactured soil market is valued at 7.9 billion in 2023 USD.

- ○ Covid research: If every human even gave me a rupee, how much should have been my net worth? I didn't get even a rupee and haven't asked for the same. What if I had manufactured products in Covid and not just give inputs for others to become billionaire.

- ○ I don't know how many times I should have become a billionaire with these numerous products, definitely more than what NCH Corporation monetised.

- The above are only few representative industries and their one year global revenues. During the hearing, I'm going to get a more concrete data of the losses covering numerous industries, losses for 13 years. I am more able than NCH Corporation and Levy family and the nature of revenues generated by me would have been far more than them and they did everything to finish me totally.

- Adding More Industries: The compositions in combinations were highly beneficial for micro and macro flora and fauna. With just my earnings, I wanted to manage till what all inventions were done and then add more industries with the profits. NCH Corporation literally did bulk infringement and wrote specification as if an Indian had written with no mention of any Indian name.

- Other Fields Of Gaming, Culinary, Horticulture: I've developed Educational, Interconvertible Boards for learning mathematics and different languages with a gaming experience. Asia Toy and Play Association (ATPA) was willing to put up the product details in their magazine for promotion.

- I should have been an investor before 35 years of age: The losses that could not get to this stage shall be out across in detail.

- Data Science Projects, Consultation, Books: A software developed at no cost, Bioinformatics, got positive feedback by Bioinformatics Inc. global survey.

- I have always been choked of funds, I got to know about infringement in 2019 only. NCH Corporation did not want me to know about this bulk infringement and did everything at personal and professional level to ensure I never have access to funds. Only I other thanattorney Prity Khastgir and NCH Corporation were aware of this truth. To find an investor as well, one requires a minimum 4000$ to be given as a retainer. Also, with everything done to portray me in wrong light, no one would have ever collaborated or tried getting me out of this situation. It was always ensured that I'm in some controversy or the other and I never get credit for any of my work done. NCH Corporation left a huge question mark on my integrity and also with cyber crime, there was just no way but I'm

surviving and I will still get past this situation. NCH Corporation choked every route, enslaved me,

- NCH Corporation misguided the Indian Patent Office, Government Of India, USPTO, Companies, Individuals and filing this case to get this truth out is crucial because people are made to believe that they are rendering justice by harming me, my family and business and every crime by the minute, my book contents get deleted, breaches in emails, hacking of phones, breaches at Github and all these notified by the service providers with data.

- Repeated cyber crimes since 2011: nothing spared, phones, laptops, emails and they are some of the best brands and reputed names.

- There have been personal damages despite them knowing the extent of infringement and the kind of revenue they had generated, the personal damages related concerns would be separate case. Though once could claim it is fallout of this infringement, fact remains the infringement was the root cause considering the nature of moneyed exploitation involved.

- NCH Corporation never filed any reply to the Northern District Court and nor replied to a single notice that was served by me. They were watching my patent specifications enter WIPO because they knew there are multiple products. I was enslaved to work for them and I should always be in allegations, disputes, never have money despite so much work done and people living on my crores, millions and billions of USD.

- Promotors of NCH Corporation, NCH Asia, NCH India Pvt. Ltd. Levy family owe the Government of India, Companies if any got in picture for invalid contract; NCH Corporation was very much aware of what they were doing and bulk infringement, they were into patenting since 1980. NCH Corporation misled the Government of India, Companies, Patent office, Lawyers, Companies and Individuals. One lawyer asks if my product can clean sewage when my copyrighted report from an aquarium shows that the utmost turbid water wherein one cannot see past also was cleaned in 48 hours and dates back to 2011 work. Lawyers only misguided me and I never wanted to share data. Such a breach of trust, Attorney Prity Khastgir finished me. She didn't even want to file patent, I had chased her to get IPR done, she didn't want any IPR filings happen; so who owes India and who should be questioned? Why should I pass tests or hear lose remarks and allegations?

19

- My family, my father were never my enemy. Some points below though I cannot produce court evidences for the same:
    - At least one of us must be alive,
    - Don't go out, not safe,
    - No one lives in NRI Complex,
    - Did you use the NRI Complex home address to file the patent specification?
    - Case after case, my mother told me in a very disappointing tone and when I asked my brother about the same, he was shocked because I never interfere in any matter of the company, I had nothing to do with Prashanth Projects Limited but will always wish good since its my father's founded company and managed by my brothers,
    - We can live on curd and rice,
    - We all entering photo frames,
    - Being told not to speak from home as well, phones hacked, emails hacked,
    - Calls from weird phone numbers when near patent office but no one will speak anything,
    - My father had internal blessings in his hand since he had refused to sign document pertaining to my IPR, it seems a lot of people had entered conference room and he was being pressurised to sign and he did not sign, the same happened in 2016.

- NCH Corporation, Promotors, Levy family owe me the entire revenues since 2011 till the date this case runs. They owe the patent: US 9,908,799 B2, all patents filed after 2017 when I had isolated again for a soil project. NCH Corporation and Levy family owe me more than its net worth.

- NCH Corporation, Promotors, Levy family must get me a no claims from banks, lawyers, anyone and everyone.

- NCH Corporation does not have rights to claim from any companies any kind of money whom they roped into invalid contracts. These are just tactics since NCH Corporation has no merit to face me and nor humility.

- I never owed anyone and everyone owe me. NCH Corporation is answerable to just anyone and everyone.

- I will only transfer 10% of the outcome of this case to Dr. Ajay Mehra who revived my health with no drug therapy and any other claims by anyone will be cleared by Levy family, promotors.

- NCH Corporation entered India with dignity as NCH Asia in Chennai after all these offences.

- Proof of cyber crime being provided as an exhibit. However, its worth a mention about certain patterns observed with attorney Prity Khastgir Email ID:

    Official Email ID became inactive, then again inactive and now in recent times again inactive:

    10-06-2016, 2.54 pm - After the above email of mine stating to attorney Prity Khastgir that after this no corrections from my side and she could proceed with the filing of the patent application, I had received the message that when I had written 2 days later that:

    "Delivery to the following recipient failed permanently: prity.k@techcorplcgal.com

    Technical details of permanent failure:
    Google tried to deliver your message, but ti was rejected by the server for the recipient domain techcorplegal.com by techcorplegal.com. [208.91.198.72].
    The error that the other server returned was: 50 No Such User Here"

    She was however back to communicate in this very same Email ID.

- I should have been a billionaire before 35 years of age and well settled. I'm 43 years of age and everyone living on my crores, millions and billions of USD and I'm even being denied fundamental rights to live.

- 18 U.S. Code § 241 - Court directing my request for protection via Interpol in USA, Singapore, Dubai, India for my relatives, me and also for probing if NCH Corporation is trying to make any financial claims from my siblings or the companies they roped into invalid contracts which is highly unethical and a criminal offence.

- Though my financial situation has not changed with repeated Hacking (emails, phones), Cyber crime deletions of contents in MacBook Air, Emails, Narratives spread, I will arrange the court fees for this case and could make it in person for the case hearing.

- Exploitation as a fallout of infringement and monetisation by NCH Corporation: I have been exploited beyond proportion and the start was NCH Corporation and others gaining confidence

21

that anything can be done and gotten away. I'm the favourite bait of Indian lawyers. Covid research royalty - patent 175 crores INR, Government of India, ICMR has it, they neither offered recognition and nor money. Defence work numerous including Kashmir, Government Of India distributed credit to others. I did all this because I was told brother in trouble. I later got to know about loans which I was neither eligible and nor the money reached me, because it was not meant for me. But I faced the brunt. I was never eligible for any loans. Even today and in 2011, I had the right to sue just anyone and everyone. I never needed a saviour and all just exploited and are liabilities. I was self made. These are my inventions with my earnings. NCH Corporation entered India as NCH Asia with dignity after looting away my entire life. Extensive lobbying. Everything of me taken away, I should not settle, I should not have children, I must live in isolation, with allegations one after another, ill-treatment and every attempt to ensure that I have neither have dignified death or dignified life. I should have been dead by 2016 but was revived with no drug therapy. Narrative spread and I could not live my life, this is award for inventing.  I should have no bank balance and everyone living on my crores, millions and billions of USD (MY MONEY) and grabbing essence of my entire hard work, entire life and throwing attitude at me!!

The entire project documentation including the photos of every experiment, reports , feedbacks received shall be provided during the case hearing. Communications with attorney Prity Khastgir that comes around hundreds of pages which proves shear act of misguidance to benefit NCH Corporation could be submitted during the hearing that proves that everything was done to facilitate infringement and monetisation for 13 years, harming me, the family and business. Few Exhibits are being provided at this point of time and further data could be provided during the case hearing. Some communications that serve as exhibits have been provided in the case details itself. Compilation of all patents filed, Notices served to NCH Corporation shall be provided during the case hearing.

While above are the main points to prove merits, the scope is not restricted to only them and would like to provide additional details during the case hearing that prove the merits of the case.

**List Of Exhibits:**

**Exhibit 1:** A representative image of the bacteria,

**Exhibit 2:** 18 bacterial isolates, 2 per plate, majority of isolates identified to be *Pseudomonas putida / Pseudomonas fluorescent* with automated systems,

**Exhibit 3:** Safety report mentioning 18 bacteria isolates,

**Exhibit 4:** Grant certificate of the patent filing done in 2011,

**Exhibit 5:** The content which was put up under Copyright when it should have been a another patent application,

**Exhibit 6:** Infringement Analysis In Case Document 3:23-cv-00416 at Northern District of Texas - request to access the same online and could present the same during hearing, not providing as an Exhibit because of the constraint in number of pages,

**Exhibit 7:** NCH Corporation Line Of Business,

**Exhibit 8:** NCH India Private Limited Details,

**Exhibit 9:** NCH Corporation Ranger Holding LLC agreement document,

**Exhibit 10:** Securities And Exchange Commission, Washington, D.C. 20549. NCH Corporation (Issuer), Ranger Holding LLC and Levy family - Offerer,

**Exhibit 11 (a - c):** Covid Research,

**Exhibit 12:** Google Drive Empty Page where details of bacteria are being asked to enter: The manner in which information was asked about bacteria by Attorney Prity Khastgir because it was essential that I do not get to know about infringement,

**Exhibit 13:** Attorney Prity Khastgir Linkedin profile,

**Exhibit 14:** Transition from Dad to Mom in looks but my lifestyle only deteriorated with time, I lived well, I never knew inventing can lead to such devastation,

**Exhibit 15:** Proof of cyber crime - phones, laptops, emails everything compromised.


**Prayers:**

**The codes considered other than 15 U.S. CODE §22 to sue NCH Corporation are:**

- 18 U.S. Code §241
- 35 U.S. Code § 271
- 17 U.S.C. § 504(c)
- 35 U.S. Code § 281
- 35 U.S. Code §283
- pre-AIA 35 U.S.C. 103
- TRIPS Agreement - Article 45

- If NCH Corporation does not file a reply to this case then request the Hon'Ble Court to kindly implement the prayers within a stipulated time. NCH Corporation had not filed reply for case 3:23-cv-00416 and nor replied to any of the notices.

- 18 U.S. Code §241 for Hon'Ble court requesting Interpol to provide protection for my relatives and me in India, Singapore, USA and Dubai.

- NCH Corporation, Promotors have to pay me their income starting from 2011 till date this case proceedings continue or an injunction to stop them from further using all the technologies in the field of biology till this case hearing is completed.
  - The losses are far more than the income of NCH Corporation (data given above and further during the case hearings) and I'm more able than NCH Corporation, certain data provided above and further during the case hearings. So, in reality the income should have been far more than the income generated by NCH Corporation. NCH Corporation was never a billionaire till they infringed and monetised my technologies.
  - My money will temporarily be with the USA courts, if there is a provision for the same, before I finally decide on where the funds must be transferred,
  - I will only transfer 10% of the outcome of this case to Dr. Ajay Mehra who revived my health with no drug therapy and any other claims by anyone will be cleared by NCH Corporation and its Promotors, Levy family.

- NCH Corporation owe the patent: US 9,908,799 B2, all patents that were benefitted with these infringed technologies, know how and further what all they were benefitted with my recent isolation of bacteria, for another project of soil.

- I don't owe anyone and everyone owe me but I guess after the extent of exploitation done by NCH Corporation, I'm the favourite bait of everyone. Everyone are sitting with my billions, millions of crores of money. NCH Corporation will have to address all the losses and ensure amends are made for defamation.
  - NCH Corporation will pay the Government Of India whatever penalty it takes for the manner in which they infringed for 13 years and get a no claims for me.

  - Promotors of NCH Corporation will pay the companies, anyone and everyone they roped into invalid contracts that led to them to generate revenues using my infringed technologies.
  - NCH Corporation will get me a "No claims" from every institution, organisation, individuals.

○ I was never eligible for any loans and if any loan given (I have no data and I don't need to have any data) it was the rapport between bank and my father's company; NCH Corporation chipped in to benefit and ruined everything. If NCH Corporation is aware of any such data then the severity of crime committed by them will only mounts further. The breach for infringement of technologies had happened before any company was roped in which has been explained in the case document.

○ NCH Corporation does not have rights to claim from any company any kind of money whom they roped into invalid contracts.

• Financial statements and money flow via all channels of NCH Corporation, NCH India Private Limited, subsidiary companies, Levy family and any companies owned by Levy family be thoroughly investigated, from 2006, before my inventions and till date.

• The remedy that Hon'Ble Court could suggest considering that the losses have been more than the 13 years of revenues of NCH Corporation. The infringement and monetisation was willingly done by NCH Corporation to become a billionaire; n ever a billionaire before this infringement and did harm in every way possible as shall be explained during the court hearing.

• The case is a pro-se filing. I can assure the Hon'Ble court that the case and the plea has all the merits. The Hon'Ble court let me appoint a lawyer if need be at the later stage, I'm currently working on financials and with cyber crime and perceptions built by NCH Corporation there have been repeated damages.

Mahalakshmi Srinivasan Nadathur Ammal

1602, Buttercup, Hiranandani Meadows,

Glady Alwares Raid,

Manpada,

Thane West

400610

09-09-2024


To,

The Hon'Ble Judge

Northern District Of Texas

United States District Court

Dear Sir / Madam,

      **Sub:** Case To Sue NCH Corporation And Its Promoters.

Please find enclosed, the case document to sue NCH Corporation And Its Promoters, classified under **Forfeiture / Penalty.** The earlier case filed had been categorised under **Patent Rights.** Hence, I believe this case would be a new case unless the Hon'Ble court is fine to continue with the earlier case number: 3:23-CV-416-B-BK.

Also, due to size constraint in emailing the case document, the document is being sent in two separate emails (totally 38 pages)


Thank you,

Best Regards,

N.A. Mahalakshmi Srinivasan (Nadathur Ammal Mahalakshmi Srinivasan)