IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| N A MAHALAKSHMI SRINIVASAN, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | No. 3:24-CV-2292-B |
| § | | |
| NCH CORPORATION, § | | |
| Defendant. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on November 21, 2025. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court will by separate order enter judgment dismissing Plaintiffs' claims with prejudice.

SO ORDERED.

DATE: January 26, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE