IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| N A MAHALAKSHMI SRINIVASAN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | No. 3:24-CV-2292-B-BW |
| | § | |
| NCH CORPORATION, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DENIES** Plaintiff's motions for leave to appeal in forma pauperis (Dkt. Nos. 104, 106) and **CERTIFIES**, pursuant to § 1915(a)(3), that Plaintiff's appeal is not taken in good faith.

**SO ORDERED**. Signed

on June 30, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE